| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Roberta L Miller** | Social Security number or ITIN **xxx–xx–6088** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13  8/13/19** |
| Case number: | **19–22784** | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Roberta L Miller | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5240 N Sheridan Road Apt 607<br>Chicago, IL 60640 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 8/14/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 9, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/22/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/10/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/2/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-22784-DLT
Roberta L Miller                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: agalimba        Page 1 of 2        Date Rcvd: Aug 14, 2019
                   Form ID: 309I        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
```
db            +Roberta L Miller,    5240 N Sheridan Road Apt 607,    Chicago, IL 60640-2529
28102851      +Blue Trust Loans,    P.O. Box 1754,    Hayward, WI 54843-1754
28102864      +Fortiva,   Att: Bankruptcy Dept,    Po Box 790156,    Saint Louis, MO 63179-0156
28102879      +Resurgent Capital Services,    Po Box 10368,    Greenville, SC 29603-0368
28102880       Silver Cloud Financial,    635 East Hwy 20 C,    Upper Lake, CA 95485
28102883      +Wyndam Apartments,    5240 N. Sheridan,    Chicago, IL 60640-2538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: cutlerfilings@gmail.com Aug 15 2019 01:25:25      David H Cutler,
               Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL  60076
tr            +E-mail/Text: courtnotices@chi13.com Aug 15 2019 01:26:32      Marilyn O Marshall,
               224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 15 2019 01:26:40      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
28102850      +EDI: TSYS2.COM Aug 15 2019 05:03:00      Barclays Bank Delaware,    Attn: Bankruptcy,
               P.O. Box 8801,    Wilmington, DE 19899-8801
28102852      +EDI: CAPITALONE.COM Aug 15 2019 05:03:00      Capital One,   Attn: General Correspondence,
               PO Box 30285,    Salt Lake City, UT 84130-0285
28102855      +EDI: CAPITALONE.COM Aug 15 2019 05:03:00      Capital One,    Po Box 71083,
               Charlotte, NC 28272-1083
28102853      +EDI: CAPITALONE.COM Aug 15 2019 05:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
28102858      +E-mail/Text: bncmail@w-legal.com Aug 15 2019 01:27:14      Cerastes LLC,    c/o Weinstein & Riley,
               2001 Western Ave Ste 400,    Seattle, WA 98121-3132
28102859      +EDI: WFNNB.COM Aug 15 2019 05:03:00      Comenity Bank/J.Jill,    Attn: Bankruptcy,
               Po Box 182125,    Columbus, OH 43218-2125
28102860      +EDI: WFNNB.COM Aug 15 2019 05:03:00      Comenity Bank/King Sizes,    Attention: Bankruptcy,
               Po Box 182125,    Columbus, OH 43218-2125
28102861      +EDI: WFNNB.COM Aug 15 2019 05:03:00      Comenity Bank/pier 1,    4590 E Broad St,
               Columbus, OH 43213-1301
28102862      +EDI: WFNNB.COM Aug 15 2019 05:03:00      Comenity Bank/vctrssec,    220 W Schrock Rd,
               Westerville, OH 43081-2873
28102863      +EDI: JEFFERSONCAP.COM Aug 15 2019 05:03:00      First Premier Bank,
               c/o Jefferson Captial Systems LLC,    PO Box 7999,    Saint Cloud, MN 56302-7999
28102865      +EDI: IRS.COM Aug 15 2019 05:03:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
28102867      +EDI: RESURGENT.COM Aug 15 2019 05:03:00      LVNV Funding,    c/o Resurgent Capital Systems,
               Po Box 10587,    Greenville, SC 29603-0587
28102866      +E-mail/Text: bankruptcy@ldf-holdings.com Aug 15 2019 01:28:11      Loan at Last,    PO Box 1193,
               Lac Du Flambeau, WI 54538-1193
28102869      +EDI: CBSMASON Aug 15 2019 05:03:00      Masseys,    Att: Bankruptcy,    PO Box 2822,
               Monroe, WI 53566-8022
28102870      +EDI: MERRICKBANK.COM Aug 15 2019 05:03:00      Merrick Bk,    Attn: Bankruptcy,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
28102871      +EDI: PHINGENESIS Aug 15 2019 05:03:00      Midamerica/milestone/g,    Po Box 4499,
               Beaverton, OR 97076-4499
28102872       EDI: PRA.COM Aug 15 2019 05:03:00      Portfolio Recovery Associates,    Po Box 41067,
               Norfolk, VA 23541
28102874      +EDI: Q3G.COM Aug 15 2019 05:03:00      Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
28102873      +EDI: Q3G.COM Aug 15 2019 05:03:00      Quantum3 Group LLC,    Genesis Bankcard Services,
               PO Box 788,    Kirkland, WA 98083-0788
28102881      +EDI: CBS7AVE Aug 15 2019 05:03:00      The Swiss Colony,    c/o Creditors Bankruptcy Service,
               PO Box 800849,    Dallas, TX 75380-0849
28102882      +EDI: BLUESTEM Aug 15 2019 05:03:00      Webbank/fingerhut,    6250 Ridgewood Roa,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28102856*     +Capital One,    Po Box 71083,    Charlotte, NC 28272-1083
28102857*     +Capital One,    Po Box 71083,    Charlotte, NC 28272-1083
28102854*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
28102868*     +LVNV Funding,    c/o Resurgent Capital Systems,    Po Box 10587,    Greenville, SC 29603-0587
28102875*     +Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
28102876*     +Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
28102877*     +Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
28102878*     +Quantum3 Group LLC,    Po Box 788,    Kirkland, WA 98083-0788
                                                                                            TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: agalimba            Page 2 of 2              Date Rcvd: Aug 14, 2019
                              Form ID: 309I             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Roberta L Miller cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```