UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-22784 |
| Roberta L Miller | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING CHAPTER 13 PLAN**

It is hereby ordered that Part 8.1 of the Chapter 13 Plan is modified to add the following language:

1. Should Debtor's post-petition returns indicate that she owes taxes, Debtor shall pay such taxes by October 15 of each year and provide proof of full payment to the Chapter 13 Trustee by October 20 of the same year. Effective ~~June 24, 2019~~ AUGUST 13, 2019, Debtor will be in material default of this Plan should she reduce her tax withholding from her paychecks and subsequently owe taxes at the end of any given year.

Enter:

*/s/ Deborah L. Thorne*

United States Bankruptcy Judge

Dated: 06 NOV 2019

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko